08CV1043 JM (PCL)

**NUNC PRO TUNC**

FILED JUN 13 2008

2008 JUN 18 PM 2:02

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Dear: United States District Court Southern District of California

I sent you the exact same exhibits that are Duplicate to the Exhibits that are in this envelope on June 8, 2008 with original stamped in Red on the cover Please Disreguard those Exhibits their are Blue cover pages But I forgot to write B, C, D, E, F, G, and H on the Bottom of the page of the Documents after the Exhibit Stamp. So please except these older Exhibits marked original on cover in Blue pen and mailed on June 10, 2008 they are marked corectly,

Thank you

Larry John Little Jr
Petitioner
In pro-per