08 cv1043·JM·PCL

```
       UNITED STATES
       DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

       #  152393     -  TC

        June 30, 2008
          09:17:01


        Habeas Corpus
USAO #.: 08CV1043
Judge..: JEFFREY T MILLER
Amount.:                    $5.00 CC



       Total->   $5.00


FROM: LARRY JOHN LITTLE JR
         VS.
       SISTO ET AL.
```