# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 AUG -6 PM 1:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
Lewis

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE
FROM: R. Mullin, Deputy Clerk     RECEIVED DATE: 7/28/2008
CASE NO.: 08cv1043 JM (PCL)     DOCUMENT FILED BY: Petitioner
CASE TITLE: Little v. Sisto, et al
DOCUMENT ENTITLED: Motion for IFP

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Filing fee paid on 6/30/2008.** |

Date forwarded: 7/29/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: JUDGE LEWIS

Dated: 8-4-08
cc: All Parties
By: [signature]

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Larry John Little Jr.
PLAINTIFF/PETITIONER/MOVANT'S NAME
P-82205   Case.No: 08-1043 JM (PCL)
PRISON NUMBER
California State Prison Solano
PLACE OF CONFINEMENT
P.O. Box 4000 Vacaville ca. 95696
ADDRESS

**REJECTED**

# United States District Court
## Southern District Of California

Larry John Little Jr.,
Plaintiff/Petitioner/Movant

v.

D.K. Sisto,
Defendant/Respondent

Civil No. 08CV1043 JM (PCL)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Larry John Little Jr., declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☑ Yes  ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration  CA. State Prison Solano, P.O. Box 4000 Vacaville CA. 95696
   Are you employed at the institution?   ☐ Yes  ☑ No
   Do you receive any payment from the institution?  ☐ Yes  ☑ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)   C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

JUL 1 1 2008