# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JOHN LITTLE,<br><br>                 Petitioner,<br><br>   v.<br><br>D. K. SISTO, Warden, et al.,<br><br>                 Respondents. | Civil No.    08cv1043 JM (PCL)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR STAY** |

      On June 12, 2008, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254. On June 27, 2008 the Court dismissed the Petition for failure to satisfy the filing fee requirement. The Court also notified Petitioner that it appeared his Petition contained both exhausted and unexhausted claims and therefore would be subject to dismissal. The Court informed Petitioner that, in order to have his case reopened, he would have to, no later than August 25, 2008, satisfy the filing fee requirement and choose from four options given to petitioner's who have submitted "mixed" petitions. The options included: (1) demonstrate exhaustion; (2) voluntarily dismiss the Petition; (3) abandon the unexhausted claims; or, (4) file a motion to stay the federal proceedings.

      On June 30, 2008, Petitioner paid the filing fee.   Petitioner filed a Motion for Stay in order to exhaust state court remedies on August 8, 2008 . Petitioner requests the Court stay the

/ / /

/ / /

Petition until he has exhausted all of his claims in the state supreme court. Accordingly, the Court **ORDERS** Respondent to file a response to the Motion for Stay no later than **September 29, 2008.** Petitioner shall file his reply, if any, to the Respondent's brief no later than **October 29, 2008.**

    **IT IS SO ORDERED.**

DATED: August 26, 2008

Peter C. Lewis
U.S. Magistrate Judge
United States District Court